UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DeQuincy R. Lopez )
    Plaintiff, )
V. )
) No: 1:22-cv-294-TWP-DLP
Dr. Roman Natoli )
Methodist Hospital )
    Defendant, )

FILED 02/07/2022 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Roger A.G. Sharpe, Clerk

MOTION AGAINST DOCTOR ROMAN NATOLI AND METHODIST HOSPITAL FOR DELIBERAT INDIFFERANT AND NEGLIGENCE BY FAILING TO TAKE PROPER CARE OF MY NEED WHICH WAS REPLACING THE BAR ON ON THE SIDE OF MY LEG
MALPRACTICE ALSO

    Comes now, I DeQuincy R. Lopez file this motion pro, se, Against the Surgeon which is the Doctor at methodist Hospital by the name of Dr. Roman Natoli.
On or about November 6, 2021 I was in a Bad Car Excident I was also the passenger and me and the Driver Ran into A IndyGo Bus Termini Head on Far as I know the Driver Died in my Lap I haven't heard anything. I was insured and my Back was and is broken in four (4) different places and my Left Leg is broken in Three (3) different places and my ankle is shattered into pieces. I have Rodes and screws going in and coming out my Left Leg and ankle

(1)

I'm here at the Alpha Home Rehab Center going through physical therapy, not able to walk, I'm in a wheel chair.

I stay in constant pain everyday through out the day. Dr. Roman Natoli also told me that I won't walk the same like I use to.

I been in the care of Rehab centers and Hospitals ever since November 6, 2021.

The main reason for this complaint is against Dr. Roman Natoli and Methodist Hospital for being deliberate indifference by putting me in substantial risk of harm by not replacing the Bar on the Left Side my Leg and ankle, and negligence by failing to take proper care of my need which was replacing the Bar on the Left Side of my Leg and ankle, and malpractice due to "un-professional treatment" especially by a Doctor/medical Surgeon such as my Doctor by the name of Dr. Roman Natoli at Methodist Hospital.

The Bar is designed to level and elevate my Left Leg and ankle to a higher position from being on the ground/floor, that came off on the Left Side of my Leg and ankle.

Now without my Bar, as you can see in Exhibit A more weight is going to my Left side of my ankle that causes me and keep me in a "Great Deal" of pain daily, do to my foot not being leveled without my Bar being replaced back on the Left Side of my ankle and Leg and leveled out.

(2)

Now when I went back to Methodist Hospital do to a 911 call that's made After I Failed off my walker and broke my Bar that belong on there, I was told by my Surgeon that there was know need to Replace the Bar that came off because everything looks "Good" After he took X-Rays.

I then ask Doctor Roman if the Bar that came off my Left Leg didn't matter, because it was off as you Stated why did you put the Bar on from the beging / on my Left side of my Ankle And Leg from the Start?
the Bar had to mean Something because if not you wouldn't never put the Bar on from the Start. And then you telling me that my Left Leg and Ankle looks "Good" how do you not know that the Reason why it looks "Good", that it was because of the Bar that came off? it wasn't like it was weeks and months before I saw you I seen you a few Days After

Dr. Roman even Failed to look over my Left Elbow Exhibit (B) that's swollen or maybe Fracture in the Car Excident now look at Exhibit (C) my Right Elbow looks totally different then my Left Elbow Exhibit (B)

(3)

I, DeQuincy R. Lopez swear under the painity of perjury that the above Complaint is the truth and nothing but the truth so help me God

x DeQuincy R. Lopez
DeQuincy R. Lopez
Alpha Home
2640 Coldspring Road
Indpls, IN 46222

(4)