# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEQUINCY R. LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-00294-TWP-DLP |
| ) | |
| ROMAN NATOLI, and ) | |
| METHODIST HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 4/12/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
    Deputy Clerk

Distribution:

DEQUINCY R. LOPEZ
Alpha Home
2640 Cold Spring Road
Indianapolis, IN 46222